740 A.2d 1138

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Joseph JONES, Petitioner.**

**No. 406 E.D. Alloc. Dkt. 1999.**

Supreme Court of Pennsylvania.

Oct. 28, 1999.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of October, 1999, Petitioner Application to Hear Appeal Unopposed is denied.